**SHA-1 Hash:** 2CB00C235792C6D9BF5EFD3373043B163AAB2F03   **Title:** Young and Hot
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 174.63.158.75 | 6/6/2012 16:42 | Naples | FL | Comcast Cable | BitTorrent |
| 2 | 24.127.247.45 | 6/8/2012 1:52 | Orange Park | FL | Comcast Cable | BitTorrent |
| 3 | 24.129.111.187 | 7/3/2012 1:12 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 4 | 24.129.81.203 | 7/4/2012 22:43 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 5 | 66.177.153.239 | 6/26/2012 2:20 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 6 | 66.177.62.44 | 6/7/2012 20:41 | Jacksonville Beach | FL | Comcast Cable | BitTorrent |
| 7 | 66.177.84.57 | 6/26/2012 21:51 | Callahan | FL | Comcast Cable | BitTorrent |
| 8 | 67.162.161.14 | 6/26/2012 22:58 | Mount Dora | FL | Comcast Cable | BitTorrent |
| 9 | 67.190.223.82 | 6/7/2012 18:00 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 10 | 68.56.220.239 | 6/29/2012 11:57 | Port Charlotte | FL | Comcast Cable | BitTorrent |
| 11 | 68.57.11.96 | 6/23/2012 4:11 | Sarasota | FL | Comcast Cable | BitTorrent |
| 12 | 71.199.236.32 | 7/19/2012 18:32 | Orange Park | FL | Comcast Cable | BitTorrent |
| 13 | 71.199.93.122 | 6/9/2012 23:21 | Orange Park | FL | Comcast Cable | BitTorrent |
| 14 | 76.101.150.46 | 6/22/2012 23:28 | Lehigh Acres | FL | Comcast Cable | BitTorrent |
| 15 | 76.106.131.143 | 6/15/2012 2:33 | Palatka | FL | Comcast Cable | BitTorrent |
| 16 | 76.122.40.52 | 7/23/2012 20:54 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 17 | 76.18.203.5 | 6/15/2012 22:42 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 18 | 76.18.216.99 | 7/25/2012 11:49 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 19 | 98.208.252.156 | 6/23/2012 11:54 | Fort Myers | FL | Comcast Cable | BitTorrent |
| 20 | 98.224.44.246 | 6/8/2012 19:56 | Jacksonville Beach | FL | Comcast Cable | BitTorrent |
| 21 | 184.0.224.111 | 7/22/2012 13:39 | Fort Myers | FL | Embarq Corporation | BitTorrent |

EXHIBIT A

LMF37

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 22 | 184.4.196.61 | 6/12/2012 0:48 | Apopka | FL | Embarq Corporation | BitTorrent |
| 23 | 184.5.220.135 | 7/18/2012 8:29 | Kissimmee | FL | Embarq Corporation | BitTorrent |
| 24 | 184.5.8.180 | 6/26/2012 0:06 | Fort Myers | FL | Embarq Corporation | BitTorrent |
| 25 | 67.233.3.111 | 6/28/2012 18:06 | Cape Coral | FL | Embarq Corporation | BitTorrent |
| 26 | 69.69.17.136 | 6/10/2012 20:14 | Winter Park | FL | Embarq Corporation | BitTorrent |
| 27 | 71.3.179.98 | 7/2/2012 15:33 | Cape Coral | FL | Embarq Corporation | BitTorrent |
| 28 | 71.3.249.17 | 7/20/2012 15:59 | Fort Myers | FL | Embarq Corporation | BitTorrent |
| 29 | 74.5.224.107 | 6/11/2012 16:19 | Fort Myers | FL | Embarq Corporation | BitTorrent |
| 30 | 76.2.107.203 | 6/21/2012 3:37 | Fort Myers | FL | Embarq Corporation | BitTorrent |
| 31 | 76.7.46.226 | 6/23/2012 23:13 | Naples | FL | Embarq Corporation | BitTorrent |
| 32 | 108.9.109.65 | 7/18/2012 16:12 | Sarasota | FL | Verizon Internet Services | BitTorrent |
| 33 | 108.9.117.248 | 6/8/2012 5:25 | Tampa | FL | Verizon Internet Services | BitTorrent |
| 34 | 108.9.17.12 | 6/13/2012 6:53 | Brandon | FL | Verizon Internet Services | BitTorrent |
| 35 | 173.65.220.87 | 6/14/2012 5:31 | Valrico | FL | Verizon Internet Services | BitTorrent |
| 36 | 173.65.228.114 | 6/15/2012 18:29 | Lithia | FL | Verizon Internet Services | BitTorrent |
| 37 | 173.65.55.29 | 6/27/2012 2:16 | Hudson | FL | Verizon Internet Services | BitTorrent |
| 38 | 173.78.1.158 | 6/8/2012 20:59 | Land O Lakes | FL | Verizon Internet Services | BitTorrent |
| 39 | 173.78.160.161 | 6/7/2012 0:36 | Port Richey | FL | Verizon Internet Services | BitTorrent |
| 40 | 173.78.228.84 | 6/26/2012 1:39 | Lakeland | FL | Verizon Internet Services | BitTorrent |
| 41 | 173.78.6.15 | 6/18/2012 23:13 | Odessa | FL | Verizon Internet Services | BitTorrent |
| 42 | 71.251.107.14 | 6/18/2012 23:40 | Largo | FL | Verizon Internet Services | BitTorrent |
| 43 | 71.251.72.48 | 6/24/2012 17:56 | Tampa | FL | Verizon Internet Services | BitTorrent |
| 44 | 72.64.190.124 | 6/22/2012 17:23 | Zephyrhills | FL | Verizon Internet Services | BitTorrent |

EXHIBIT A

LMF37

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 45 | 72.91.154.244 | 6/9/2012 13:35 | Saint Petersburg | FL | Verizon Internet Services | BitTorrent |
| 46 | 96.228.209.54 | 6/30/2012 0:03 | Riverview | FL | Verizon Internet Services | BitTorrent |
| 47 | 96.228.236.39 | 7/15/2012 12:05 | Lakeland | FL | Verizon Internet Services | BitTorrent |
| 48 | 96.254.118.235 | 7/26/2012 4:40 | Tampa | FL | Verizon Internet Services | BitTorrent |

EXHIBIT A

LMF37