UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**MALIBU MEDIA, LLC,**

    Plaintiff,

v.                                        Case No.: 2: 12-CV-426-FtM-29DNF

**JOHN DOES 1-48**

    Defendants.

_____/

## DEFENDANT JOHN DOE # 13'S OBJECTION TO ISSUANCE OF SUBPOENA FOR RECORDS

The Defendant John Doe # 13 by and through his undersigned attorney files his objection to the issuance of the subpoena for his records, and states the following:

1.    John Doe #13 was contacted by his cable service provider Comcast advising him of the Plaintiff's request for account information concerning John Doe #13's account.

2.    The account according to Comcast was identified by the IP address provided by the Plaintiff as 71.199.93.122.

3.    John Doe # 13 has service with Comcast but the IP address identified by the Plaintiff is not the IP address that belongs to John Doe #13.

4.    Therefore the Plaintiff is not entitled to John Doe #13's account information as no such IP address identified by the Plaintiff belongs to the Defendant.

Based on the foregoing the Defendant, John Doe #13, objects to the release of his account information to the Plaintiff.

Dated this 27th  day of September, 2012 in Clay County Florida.

**THE LAW OFFICE OF BOHDAN NESWIACHENY**

/s/ Sean C. Barber
**SEAN C. BARBER, ESQUIRE**
Fla. Bar No.: 0680931
151 College Drive, Suite 1
Orange Park, Florida, 32056
Telephone:  904-276-6171
Fax:  904-276-1751
**E-mail:  sbarber@bnlaw.com**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to: Lipscomb, Eisenberg, & Baker, PL, 2 South Biscayne Blvd., Suite 3800, Miami, FL 33131 by electronic transmission using the CM/ECF electronic filing system, and U.S. Mail  this 27th  day of September, 2012.

/s/ Sean C. Barber
**ATTORNEY**